To Whom it May Concern

RECEIVED
2020 MAY 13 PM 11:57

I, Natasha McMillen am petitioning the court in regards to law 52-06-02 of the North Dakota Unemployment Benifits.

The paperwork that I am provding is a majority of the correspondence on record with the North Dakota Unemployment Office.

My understanding is that my appeal was deined because I had not updated my address through the website which is why I did not know that Express had filled an appeal and I had not recieved that doucmentation through the mail. I had been employed here in Missouri through Einabes LLC since the begining of January and had not gotten back on the North Dakota Unemployment Website. I was not expecting to end back up on unemployment but due to the Coronavirus I tried filling again. This is the time that I found out I missed the Appeal date.

My position is that even though I missed the Appeal date under North Dakota Law 52-06-02 I am still entitled to my unemployment benifits. I have provided that I have made more than 8 times my weekly benefit amount which falls under letter 8A of 52-06-02. I also have provided a letter from my employer which states that due to the Coronavirus our company closed

I do not understand why I am not recieving my benefits and would like the last appeal to be reviewed in regards to this haus. I had sent those documents in with that appeal as well.

Thank You,
Natasha McMiller

*Natasha M.*